ANNA D. RITTER, Respondent, *v.* FANNIE A. DEVINE et al., Appellants.

*Ritter* v. *Devine,* 80 Hun, 303, affirmed.
(Argued October 14, 1896; decided October 30, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered July 31, 1894, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*E. H. Benn* for appellants.

*Raphael J. Moses* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.